UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Malin International Ship Repair &Drydock, Inc. | § § | |
| *versus* | § § | Civil Action 3:12–cv–00304 |
| Oceanografia, S.A. de C.V. | § | |

## ORDER REFERRING CASE TO MAGISTRATE

It is ORDERED that the above captioned matter be referred to United States Magistrate John Froeschner to conduct all pretrial proceedings in the case including hearings, rulings on motions, and Rule 26(f) pretrial and settlement conferences, in accordance with 28 U. S. C. 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

Signed on October 18, 2012, at Galveston, Texas.

_____
Gregg Costa
United States District Judge